IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| MADELINE CRUZ, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-4372 |
| | : | |
| PENNRIDGE REGIONAL POLICE DEPARTMENT, et al., | : | |
| | : | |
| Defendants. | : | |

## **SCHEDULING ORDER**

AND NOW, this 9th day of September, 2002, after a telephone conference between the Court and the parties, it is hereby ORDERED that:

1. the parties shall exchange the initial disclosures required by Rule 26(a)(1) starting **September 9, 2002**;

2. fact discovery shall be completed on or before **December 9, 2002**;

3. Plaintiff shall forward her expert report(s) on or before **January 9, 2003**;

4. Defendants shall forward their expert report(s) on or before **February 10, 2003**;

5. all dispositive motions, if any, shall be filed by **February 24, 2003**;

6. if the parties do not file any dispositive motions, the parties' Joint Pretrial Order shall be filed by **March 10, 2003**. If dispositive motions are filed, the parties' Joint Pretrial Order shall be filed within **fourteen (14) days** after the Court's disposition of the dispositive motions. This case shall be

      immediately placed in the Court's trial pool, subject to the rules published in the Legal Intelligencer, on the date of the filing of the Joint Pretrial Order; and

7. proposed changes to the foregoing schedule shall be considered by written motion only.

BY THE COURT:

_____
Robert F. Kelly,     Sr. J.