IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MADELINE CRUZ | : | |
|       Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 02-CV-4372 |
| | : | |
| PENNRIDGE REGIONAL POLICE DEPARTMENT | : | |
|       Defendant. | : | |
| | : | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Madeline Cruz in the above named case hereby appeals to the United States Court of Appeals for the Third Circuit from the Final Judgment in favor of Defendant entered in this action on the 8th day of December, 2003.

**FELDMAN & PINTO**

_____
J. BRADLEY MCDERMOTT, ESQUIRE
ATTORNEY FOR PLAINTIFF
1604 Locust Street, 2R
Philadelphia, PA 19103
(215) 546-2604