IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MADELINE CRUZ

                                   02-4372
                                   District Court Docket Number

      vs.

PENNRIDGE REGIONAL POLICE DEPARTMENT

Notice of Appeal Filed <u>12/23/03</u>
Court Reporter(s)/ESR Operator(s)     <u>ESR</u>

Filing Fee:
       Notice of Appeal <u>_X_</u> Paid __Not Paid   __Seaman
       Docket Fee       <u>_X_</u> Paid __Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC: Hon. Robert F. Kelly
     Appeals Clerk
     U.S.C.A.

                                            Defendant's Address (for criminal appeals)

_____
_____

                                                Prepared by : _____
                                                       Christine Demnianyk, Deputy Clerk
PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm